IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAYLE REED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action 07 CV 6734 |
| ) | |
| TRANS UNION LLC, ) | Judge William J. Hibbler |
| and FIRST AMERICAN CREDCO, INC. ) | |
| Defendants. ) | Magistrate Judge Maria Valdez |

**DEFENDANT TRANS UNION LLC'S
LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union") submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

    All affiliates of the party: TransUnion Corp.


Date: December 13, 2007             Respectfully submitted,

                                              **TRANS UNION LLC**


                                              By:   /s/ Sharon R. Albrecht
                                                       One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
312-368-4000