IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAYLE REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 07 C 6734 |
| | ) | |
| TRANS UNION, LLC. | ) | Judge William J. Hibbler |
| and FIRST AMERICAN CREDCO, INC. | ) | |
| Defendants | ) | Magistrate Judge Maria Valdez |

## NOTICE OF AGREED MOTION

TO:   Larry P. Smith
       Alyssa Hicks Blackwell
       *Larry P. Smith & Associates, Ltd.*
       205 North Michigan Avenue, Suite 4000
       Chicago, IL 60601

PLEASE TAKE NOTICE that on Wednesday, the 19th day of December, 2007 at 9:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Hibbler, or any judge sitting in his stead, in courtroom 1225, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Trans Union LLC's **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of which was previously served upon you.

Dated: December 13, 2007                                              **TRANS UNION LLC**


                                                                       By:   /s/ Sharon R. Albrecht
                                                                              One of Its Attorneys


Monica L. Thompson (ARDC #06181455)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293
312-368-4000

CHGO1\31130827.1