IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAYLE REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action 07 C 6734 |
| v. | ) | |
| | ) | |
| TRAN UNION, LLC | ) | Judge William J. Hibbler |
| and FIRST AMERICAN CREDCO, INC. | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

### NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on the 24th day of December, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hibbler in Room 1225 of the Dirksen Federal Courthouse, Chicago, Illinois, and therein, present FIRST ADVANTAGE CREDO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, a copy of which is hereby served upon you.

December 17, 2007

/s Adam C. Toosley_____

W. Kent Carter, Esq.
Adam C. Toosley, Esq.
Clark Hill PLC
150 N. Michigan Ave., Suite 2400
Chicago, Illinois 60601
(312) 985-5900

**CERTIFICATE OF SERVICE**

    I, Adam C. Toosley, an attorney, do hereby certify that I caused a copy of this Amended Notice of Motion and of FIRST ADVANTAGE CREDO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT to be served on all parties of record by way of electronic filing with the Northern District of Illinois.

                                                                                            /s Adam C. Toosley