IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAYLE REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action 07 C 6734 |
| v. | ) | |
| | ) | |
| TRAN UNION, LLC | ) | Judge William J. Hibbler |
| and FIRST AMERICAN CREDCO, INC. | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Maria Valdez |

**AMENDED NOTICE OF AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that on the 7th day of January, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hibbler in Room 1225 of the Dirksen Federal Courthouse, Chicago, Illinois, and therein, present FIRST ADVANTAGE CREDO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, a copy of which is hereby served upon you.

Respectfully submitted,

/s Adam C. Toosley

Dated: December 18, 2007

W. Kent Carter, Esq.
Adam C. Toosley, Esq.
Clark Hill PLC
150 N. Michigan Ave., Suite 2400
Chicago, IL 60601
Tel: (312) 985-5900
Fax: (312) 985-5999

#2057266-v1

**CERTIFICATE OF SERVICE**

      I, Adam C. Toosley, an attorney, do hereby certify that I caused a copy of this Amended Notice of Motion and of FIRST ADVANTAGE CREDO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT to be served on all parties of record by way of electronic filing with the Northern District of Illinois on December 18, 2007.

                                        /s Adam C. Toosley