# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6734 | **DATE** | 12/18/2007 |
| **CASE TITLE** | Reed vs. Trans Union, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Trans Union's agreed motion for extension of time until 1/22/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 2/13/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 2/8/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|