# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gayle Reed

                        Plaintiff,

v.                                                     Case No.: 1:07−cv−06734
                                                    Honorable William J. Hibbler

Trans Union, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

       MINUTE entry before Judge William J. Hibbler: Defendant First Advantage Credo's agreed motion for extension of time until 1/25/08 to answer, move or otherwise respond to plaintiff's complaint is granted. Status hearing date of 2/13/08 at 9:30 a.m. to stand. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.