IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAYLE REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 07 C 6734 |
| ) | |
| TRANS UNION, LLC, and ) | Judge Hibbler |
| FIRST AMERICAN CREDCO, INC., ) | |
| ) | Magistrate Judge Valdez |
| Defendants. ) | |

**DEFENDANT FIRST ADVANTAGE CREDCO, LLC'S NOTIFICATION OF AFFILIATES PURSUANT TO FED. R. CIV. PRO. 7.1 AND LOCAL RULE 3.2**

Defendant First Advantage Credco, LLC ("Credco"), improperly named in the Complaint as First American Credco, Inc., by and through their undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, states as follows:

Credco is a subsidiary of First Advantage Corporation, a publicly-traded corporation. First Advantage Corporation is the only corporation that holds 10 percent or more of Credco's stock.

First Advantage Corporation is the sole member (shareholder) of Credco.

Respectfully submitted,

s/ Adam C. Toosley
W. Kent Carter, Esquire
A. Toosley, Esquire
CLARK HILL PLC
150 N. Michigan, Suite 2400
Chicago, Illinois 60601
Tel:  (312) 985-5906
Fax:  (312) 985-5999
***Attorneys for Defendant***
***First Advantage Credco, LLC***

Dated:  January 30, 2008

## CERTIFICATE OF SERVICE – ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on January 30, 2008, the following described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:  First Advantage Credco, LLC's Notification of Affiliates

ADDRESSED AS FOLLOWS:

Larry P. Smith, Esquire
**LARRY P. SMITH & ASSOCIATES, LTD.**
205 N. Michigan Avenue, Suite 4000
Chicago, IL 60601

Albert E. Hartmann, Esquire
Sharon R. Albrecht, Esquire
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

/s Adam C. Toosley
By: One of Its Attorneys