UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gayle Reed
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06734
                                                Honorable William J. Hibbler

Trans Union, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

 MINUTE entry before Judge William J. Hibbler: Status hearing held on 2/14/2008 and continued to 3/13/2008 at 09:30 AM. The Court adopts the proposed scheduling order. Parties to comply with FRCP 26(a)(1) by 2/29/08. Parties given to and including 4/30/08 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 6/13/2008. Parties shall comply with FRCP(26)(a)(2) by 7/11/08. Parties shall comply with rebuttal FRCP(26)(a)(2) by 8/15/08. Deposition of experts to be completed by 9/29/08. Dispositive motions with supporting memoranda due by 10/30/2008. Parties to advise the Court if settlement has been reached prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.