# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| GAYLE REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action 07 C 6734 |
| | ) | |
| TRANS UNION, LLC, and | ) | Judge Hibbler |
| FIRST AMERICAN CREDCO, INC., | ) | |
| | ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL *WITH PREJUDICE* PURSUANT TO RULE 41

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the Plaintiff Gayle Reed and Defendants TRANS UNION LLC and FIRST ADVANTAGE CREDCO, LLC, that Plaintiff's claims against TRANS UNION LLC and FIRST ADVANTAGE CREDCO, LLC, improperly identified in the Complaint as FIRST AMERICAN CREDCO, INC., be **dismissed with prejudice and without an award of costs or fees** to any party, all matters in controversy for which said action was brought having been fully resolved.

Date: March 31, 2008

| **TRANS UNION LLC** | **FIRST ADVANTAGE CREDCO, LLC** (identified in the Complaint as First American Credco, Inc.) | **GAYLE REED** |
|---|---|---|
| By: /s/ Sharon Albrecht | | By: /s/ Larry P. Smith |
| Monica L. Thompson | By: /s/ Adam C. Toosley | Larry Paul Smith |
| Albert E. Hartmann | | Alyssa Hicks Blackwell |
| Sharon R. Albrecht | William K. Carter | Larry P. Smith & Associates, Ltd. |
| **DLA Piper US LLP** | Adam C. Toosley | 205 North Michigan Avenue |
| 203 North LaSalle Street | Clark Hill PLC | 40th Floor |
| Suite 1900 | 150 N. Michigan Ave., #2400 | Chicago, IL  60601 |
| Chicago, Illinois 60601 | Chicago, IL 60603 | |